JOSEPH MILNER COMPANY, INC., a Domestic Corporation, Respondent, v. FIRST NATIONAL BANK AND TRUST COMPANY OF MANHASSET and Another, Individually and as Executors of and Trustees under the Last Will and Testament of HENRY F. THOMPSON, Deceased, Appellants. L'ECLUSE, WASHBURN & COM-

PANY, Respondents.— Order affirmed, with twenty dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.